# IN THE SUPREME COURT OF THE STATE OF NEVADA

THOMAS LUCERO; AND DONNA LUCERO,

Appellants,

vs.

GARY SOLOMON; AND ROBIN HUHN,

Respondents.

No. 71416

FILED

FEB 21 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Jessie Elizabeth Walsh, District Judge
Morris Anderson
Colquitt & Abbatangelo, Ltd.
Eighth District Court Clerk

17-05931